# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 20, 2014

**Before**

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 13-3154

| | |
|---|---|
| KAREN MURPHY, | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Northern District of |
| | Illinois, Eastern Division. |
| *v.* | |
| | No. 12 CV 3879 |
| CAROLYN W. COLVIN, Acting | |
| Commissioner of Social Security, | Young B. Kim, |
| *Defendant-Appellee.* | *Magistrate Judge*. |

**O R D E R**

The opinion issued on July 22, 2014 is amended as follows:

On page 17 of the slip opinion, lines 10-14 are deleted and replaced with: "The judgment is **REVERSED** and the case is **REMANDED** with instructions to return the case to the Social Security Administration for further proceedings consistent with this opinion."